In the Matter of Robert Y. Clark et al., Copartners under the Firm Name of Clark & Davis, Respondents, against Reed W. Smith, as Comptroller of the Town of Harrison, Appellant.

Submitted May 17, 1937; decided May 18, 1937.

*Conrad H. Sullivan* for motion.

*Robert Y. Clark, Frank M. Gagliardi, William D. Cunningham* and *Alfred M. Bailey* opposed.

Motion denied, without costs, on the ground that appeal lies as a matter of right.